ACCEPTED
01-14-00972-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 12:49:35 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00970-CR

In the
### Court of Appeals
For the
### First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 12:49:35 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

No. 127139
In the 209th Criminal District Court
Of Harris County, Texas

———————◆———————

**FLORENCIO LEAL**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief.   In support of its motion, the State submits the following:

1.     Appellant was charged with capital murder.

2.     Appellant entered a plea of "not guilty."

3.  A jury found appellant guilty as charged and he was automatically sentenced to confinement for life.

4.  Appellant filed a written notice of appeal on November 19, 2014.

5.  Appellant's brief was filed August 13, 2015.

6.  The State's brief was due September 14, 2015.

7.  The State seeks an extension until today, October 30, 2015, to file its brief.

8.  The following facts are relied upon to show good cause for the requested extension:

    a.  The undersigned attorney has filed 3 briefs in the last 30 days and has 5 more briefs due in the next 30 days.

    b.  The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until September 30, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*

BRIDGET HOLLOWAY
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
Texas Bar No.  24025227
holloway_bridget@dao.hctx.net

# CERTIFICATE OF SERVICE

This certifies the undersigned attorney requested that a copy of this document be served to appellant's attorneys via TexFile at the following email on October 30, 2015:

Nicole DeBorde
Defense Attorney
Email:   nicole@bsdlawfirm.com

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
Texas Bar No.  24025227
holloway_bridget@dao.hctx.net